# Court of Appeals
# of the State of Georgia

ATLANTA,  November 30, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0646. DARRELL BROWN v. KATHRYN M. SCHRADER et al.

A jury found Darrell Brown guilty of aggravated assault, aggravated battery, kidnapping with bodily injury, and possession of a knife during the commission of a felony, and his convictions were affirmed on appeal. See *Brown v. State*, 275 Ga. App. 99 (619 SE2d 789) (2005). Brown subsequently filed this mandamus petition seeking to challenge his conviction.[1]

An appellate court has limited original mandamus authority in aid of our jurisdiction. See Ga. Const. of 1983, Art. VI, Sec. I, Par. IV. Mandamus will issue "only if (1) no other adequate legal remedy is available to effectuate the relief sought; and (2) the applicant has a clear legal right to such relief." *Bibb County v. Monroe County*, 294 Ga. 730, 734 (2) (755 SE2d 760) (2014). This case is not one of the extremely rare instances in which this Court will exercise original mandamus jurisdiction. See *Humphrey v. Owens*, 289 Ga. 721, 722 (715 SE2d 119) (2011) (mandamus was not the proper vehicle for seeking post-appeal relief in a criminal matter). Accordingly, this mandamus petition is hereby DISMISSED.

---

[1] It appears Brown first filed his mandamus petition in the superior court, but he has not included the lower court's ruling with his filing to this Court.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* <u> 11/30/2018   </u>
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

<u>                    </u> *, Clerk.*